Order filed November 3, 2016



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00242-CV

_____

## FRANKLIN P. SHACKELFORD, Appellant

## V.

## STEPHENS COUNTY SHERIFF'S DEPARTMENT AND STEPHENS COUNTY, TEXAS, Appellees

**On Appeal from the 90th District Court**
**Stephens County, Texas**
**Trial Court Cause No. CV-31184**

### O R D E R

Franklin P. Shackelford, the appellant in this cause, has filed in this court an unopposed motion to abate the appeal. In the motion, Shackelford states that the parties have reached a tentative settlement agreement and that an abatement is sought "to provide the parties time to negotiate, draft, and enter into a final agreement." Shackelford also states that the motion is not opposed and that one month should be sufficient time to resolve the matter.

The motion is granted, and the appeal is abated. The parties are instructed to notify this court immediately if they enter into a final settlement agreement and to file an appropriate motion in this court based upon any such agreement. *See* TEX. R. APP. P. 42.1. If the parties have not notified this court that a final settlement agreement has been reached on or before December 2, 2016, we may reinstate the appeal.

PER CURIAM

November 3, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.